AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**ALCIDES U. GUERRA-BAUTISTA; LENIN M. ERAZO; JUAN R. PORTILLO**
DOB: x/xx/xx; DOB: xx/x/xx; DOB: x/xx/xx
PDID: xxx-xxx; PDID: xxx-xxx; PDID: N/A

**(Name and Address of Defendant)**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>March 6, 2008</u> in, in the District of <u>COLUMBIA</u> defendant (s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.**

in violation of Title <u>21</u> United States Code, Section(s) <u>841(a)(1)</u>.

I further state that I am <u>**OFFICER FRANKLIN THEN**</u>, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:    ☒ Yes   ☐ No

_____
Signature of Complainant
**OFFICER FRANKLIN THEN**
**MPD-NARCOTICS SPECIAL**
**INVESTIGATIONS DIVISION**

Sworn to before me and subscribed in my presence,

_____   at   <u>Washington, D.C.</u>
Date                                                                  City and State

_____        _____
**Name & Title of Judicial Officer**              **Signature of Judicial Officer**

**STATEMENT OF FACTS**

On March 6, 2008, A confidential informant (CI) made a deal to buy 2 kilos of powder cocaine from Defendant Erazo. The CI and an undercover officer (UC) with the Metropolitan Police Department went to the 5600 block of 2nd Street, NE, Washington, D.C. Defendant Portillo was in one car and defendants Bautista and Erazo were in a second vehicle. The defendants got into the UC's vehicle and talked about the drugs. Erazo told Bautista to go to the rear of the truck and bring the stuff. Bautista grabs a bag and hands it to Erazo. Erazo goes in the bag and hands one plastic bag to the UC.

The UC takes out smaller bags and places them on the center console. Erazo tells the UC its only a total of 1.5 kilograms. Erazo picks up the pouch with about $3,000 in it, and the UC gets out of the car. Arrest team moved in and placed the defendants under arrest. A search of defendant Portillo revealed a loaded .25 caliber pistol. A portion of the suspected cocaine field tested positive for cocaine and weighed approximately 1,300 grams.

_____
OFFICER FRANKLIN THEN
MPD-NARCOTICS SPECIAL INVESTIGATIONS
DIVISION


SWORN AND SUBSCRIBED BEFORE ME ON THIS ___ DAY OF MARCH, 2008.


_____
U.S. MAGISTRATE JUDGE