CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON DC 20001-2800

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | Criminal № 08-178M-02 |
| | ) | |
| LENIN MARKS ERAZO | ) | |

TO:  NANCY MAYER-WHITTINGTON, CLERK

PLEASE NOTE THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:  (Please check one)

✔ CJA          ☐ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
Joseph Virgilio  (Bar № 237370)
1629 K Street NW
Suite 300
Washington DC 20006
Tel 202.686.6914
Fax 202.686.6914